Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

*Counsel for Plaintiff*

]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINDY POWELL, derivatively on behalf of ALLBIRDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH ZWILLINGER, TIMOTHY BROWN, MICHAEL BUFANO, NEIL BLUMENTHAL, DICK BOYCE, MANDY FIELDS, NANCY GREEN, DAN LEVITAN, and EMILY WEISS, <br><br> Defendants, <br><br> and <br><br> ALLBIRDS, INC., <br><br> Nominal Defendant. | Case No.: 4:23-cv-04594-DMR <br><br> **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Francisco Strine voluntarily dismiss the above-captioned action against all Defendants without prejudice. Defendants have served neither answer(s) nor a motion for summary judgment.

Dated: October 10, 2023

Respectfully submitted,
THE BROWN LAW FIRM, P.C.
           /s/Robert C. Moest
Robert C. Moest, Of Counsel
Attorneys for Plaintiff